IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | No. 15-96-1 |
| | : | |
| MARC HUBBARD | : | |

### **ORDER**

AND NOW, this 20th day of November, 2020, upon consideration of Defendant Marc Hubbard's Pro Se Motion for Compassionate Release and the Government's opposition, and for the reasons stated in the accompanying Memorandum, it is ORDERED the Motion (Document 129) is DENIED without prejudice.

BY THE COURT:


/s/ Juan R. Sánchez
Juan R. Sánchez, C.J.