IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL ACTION NO. 15-96-1 |
| v. | : | |
| | : | CIVIL ACTION NO. 19-215 |
| MARC HUBBARD | : | |

## ORDER

AND NOW, this 29th day of March, 2022, it is hereby ORDERED that Petitioner Marc Hubbard's Motion to Vacate, Set Aside or Correct his Sentence Pursuant to 28 U.S.C. § 2255 (Document No. 117) is DENIED.  An appropriate Memorandum will follow within 30 days.

The Clerk of Court is DIRECTED to mark both of the above cases as CLOSED.

BY THE COURT:


/s/ Juan R. Sánchez
_____
Juan R. Sánchez,        C.J.